# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America      § 
     § CRIMINAL COMPLAINT
vs.      § CASE NUMBER: DR:22-M -01524(1)
     §
(1) Javier Alejandro Jalomo      §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 26, 2022** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(ii)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On June 26, 2022, defendant JALOMO, Javier Alejandro, a United States Citizen, was arrested at the Immigration Checkpoint on HWY 57, near Eagle Pass, Texas, within the Western District of Texas, for transportation of one illegal alien in furtherance into the United States. Agents determined the driver JALOMO to be a United States citizen, but the passenger was a

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

                                                   Signature of Complainant
                                                   Smith, Katrina M.
                                                   Border Patrol Agent

06/30/2022                                 at    DEL RIO, Texas
File Date                                                City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE                           Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01524(1)

(1) Javier Alejandro Jalomo

**Continuation of Statement of Facts:**

foreign national illegally present in the United States.  Defendant refused to make a statement without an attorney present. Illegal alien consented to a phone searched revealed communication between him and the defendant, JALOMO."

_____  
Signature of Judicial Officer

_____  
Signature of Complainant